UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEFFREY JEROME WHALIN,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Cause No. 3:20-cv-00077-GCS |
| vs. ) | |
| ) | |
| **COMMISSIONER of SOCIAL** ) | |
| **SECURITY,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

### ORDER for ATTORNEY'S FEES

**SISON, Magistrate Judge:**

This matter comes before the Court on the parties' Joint Motion for Attorney Fees Pursuant to the Equal Access to Justice Act. (Doc. 27). Based on the joint motion, it is hereby ordered that Plaintiff is awarded $4,642.31 for attorney fees and expenses in full satisfaction of any and all claims for attorney fees and expenses that may be payable to Plaintiff in this matter under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States per *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made

payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

    IT IS SO ORDERED.

    DATE:   January 11, 2021.

Digitally signed by Judge Sison 2
Date: 2021.01.11 14:48:09 -06'00'

**GILBERT C. SISON**
**United States Magistrate Judge**